# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIDING PLACE MINISTRIES., <br><br> Plaintiff, <br><br> v. <br><br> WILMA J. WOOTEN, Public Health Officer for San Diego County, in her official capacity; *et al.*, <br><br> Defendants. | Case No. 20-cv-683-BAS-AHG <br><br> **ORDER DENYING PLAINTIFF'S EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR PRELIMINARY INJUNCTION** <br><br> [ECF No. 16] |

Plaintiff Abiding Place Ministries filed an ex parte motion seeking an expedited briefing and hearing schedule for its forthcoming motion for preliminary injunction. (ECF No. 16.) Plaintiff intends to file a motion for preliminary injunction on April 24, 2020 and asks for a hearing date of May 5, 2020. Defendants Wilma J. Wooten and the County of San Diego filed a response to the ex parte motion requesting the Court deny the motion. (ECF No. 18.)

This Court's standing orders require that when filing a motion, a plaintiff select as a hearing date any Monday between 30 and 60 days from the motion's filing date. A party may apply ex parte for an expedited briefing schedule and hearing date; such a request must be supported by good cause. *See* Fed. R. Civ. P. 6(c)(1)(C). Plaintiff

states good cause exists for an expedited briefing schedule in this case because it and its members have "been suffering irreparable harm, and will continue to suffer irreparable harm, until they are able to obtain a preliminary injunction against the orders of the Public Health Officer and the County of San Diego." (ECF No. 16-1, at 2.)

While the Court agrees that Plaintiff had preliminarily shown irreparable harm when it moved for a temporary restraining order, (see ECF No. 10 (transcript of hearing)), Plaintiff has since been granted some relief. Governor Newsom clarified the scope of the exemption to California's stay-at-home order for "faith based services that are provided through . . . other technology"—stating that "drive-in worship services are permitted" under that exemption to his Executive Order "as long as the individuals engaged in such services abide by physical distancing guidelines and refrain from direct and indirect physical touching of others." (*See* Governor Newsom's 4/17/20 opposition in *Gish v. Newsom* (C.D. Cal. Case No. 5:20-cv-00755.) The County "announced that, because its stay-at-home order expressly incorporates the exemptions to the Governor's Executive Order, the County will likewise interpret its order as allowing such drive-in style worship services subject to physical distancing requirements." (ECF No. 15.) Thus, the church may hold its services consistent with this order and Plaintiff's harm has, in the very least, lessened since the Court held the hearing on Plaintiff's motion for temporary restraining order.

Further, the County points out that its public health officials are extremely busy and have strained resources due to the current public health crisis. The County argues it would be difficult to obtain witness declarations and evidence to support its opposition on an expedited basis. The Court agrees.

The Court finds that in light of the totality of the circumstances, Plaintiff has not established good cause to deviate from a normal briefing schedule. The Court **DENIES** Plaintiff's ex parte motion. (ECF No. 16.) If Plaintiff files a motion for preliminary injunction, it is to follow this Court's standing orders in choosing a

hearing date.

**IT IS SO ORDERED.**

**DATED: April 24, 2020**

Hon. Cynthia Bashant
United States District Judge