William J. Becker, Jr., Esq. (SBN: 134545)
Bill@FreedomXLaw.com
Jeremiah D. Graham, Esq. (SBN: 313206)
JeremiahDGraham@gmail.com
**FREEDOM X**
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018
Facsímile: (310) 765-6328

Harmeet K. Dhillon, Esq. (SBN: 207873)
Harmeet@DhillonLaw.com
Mark P. Meuser (SBN: 231335)
MMeuser@DhillonLaw.com
**DHILLON LAW GROUP INC.**
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Counsel for Plaintiff, *Abiding Place Ministries*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABIDING PLACE MINISTRIES**, a Church,<br><br>Plaintiff,<br><br>vs.<br><br>**GAVIN NEWSOM**, in his official capacity as the Governor of California; et al.,<br><br>Defendants. | Case No.: 3:20-cv-00683-BAS-AHG<br><br>**JOINT MOTION TO FILE STIPULATION TO DISMISS COMPLAINT WITHOUT PREJUDICE**<br><br>Judge:   Hon. Cynthia Bashant<br>Action Filed:   April 9, 2020 |

TO THE COURT:

Pursuant to the Court's Standing Order for Civil Cases, Rule 7, and Section 2(f)(4) of the ECF Manual, the Parties hereby move to file the following Stipulation:

## STIPULATION

Pursuant to F.R.Civ.P. Rule 41(a), it is hereby stipulated by and between the parties, Plaintiff Abiding Place Ministries and Defendants Gavin Newsom, Xavier Becerra, Sandra Shewry[1] and County of San Diego (herein collectively referred to as "Defendants") through their respective attorneys of record as follows:

WHEREAS, Plaintiff filed its Verified Complaint (Dkt. No. 1) on April 9, 2020, naming as Defendants Wilma J. Wooten and the County of San Diego, and an application for a temporary restraining order;

WHEREAS, Plaintiff filed its First Amended Verified Complaint (Dkt. No. 22) on April 29, 2020, naming as Defendants Gavin Newsom, Xavier Becerra, Sonia Y. Angell, in their official capacities (collectively, "State Defendants"), and the County of San Diego;

WHEREAS, the County of San Diego filed an Answer to the First Amended Complaint (Dkt. No. 34) on May 13, 2020;

WHEREAS, Plaintiff filed its Second Amended Complaint on July 1, 2020 (Dkt. No. 60);

WHEREAS, Plaintiff seeks to dismiss the Second Amended Complaint without prejudice;

---

[1] Pursuant to FRCP 25(d), Defendant Sandra Shewry, current Acting Director of the California Department of Public Health, is automatically substituted for Defendant Sonia Angell as a defendant.

2    Case No.: 3:20-cv-00683-BAS-AHG

**Joint Mot. Re: Stipulation And Order**
**To Dismiss Compl. Without Prejudice**

NOW THEREFORE, based on the foregoing facts, the parties hereby stipulate that the Second Amended Complaint may be and herein is dismissed without prejudice.

SO STIPULATED.

DATE: August 28, 2020         FREEDOM X

By:   s/*William J. Becker, Jr.*
    William J. Becker, Jr., Esq.
    Jeremiah D. Graham, Esq.
Attorneys for Plaintiff, *Abiding Place Ministries*

DATE: August 28, 2020         Xavier Becerra
Attorney General of California
Paul Stein
Supervising Deputy Attorney General

By:   s/*Lisa J. Plank*
    Lisa J. Plank, Deputy Attorney General
Attorneys for Defendants, *Governor Gavin Newsom, Attorney General Xavier Becerra, and Acting Department of Public Health Director Sandra Shewry*

DATED: August 28, 2020        THOMAS E. MONTGOMERY,
County Counsel

By:   s/*Timothy M. White*
    Timothy M. White, Senior Deputy
Attorneys for *County of San Diego*

3      Case No.: 3:20-cv-00683-BAS-AHG

**Joint Mot. Re: Stipulation And Order
To Dismiss Compl. Without Prejudice**